# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1792
LT Case No. 16-2025-DR-2386

_____

TAHESHANOEL KNIGHT,

Appellant,

v.

MATTHEW GLEN KEPP,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Eric C. Roberson, Judge.

TaheshaNoel Knight, Jacksonville, pro se.

No Appearance for Appellee.

July 2, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and WALLIS and SOUD, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————